**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000693**
**28-FEB-2018**
**12:31 PM**

NO. CAAP-17-0000693

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EDELMIRA SALAYES ARAIZA, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 15-1-0007(1) (CR. NO. 14-1-0162(1))

ORDER APPROVING THE FEBRUARY 21, 2018
STIPULATION AND ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Reifurth, and Ginoza, JJ.)

Upon consideration of the Stipulation and Order
Dismissing Appeal, filed February 21, 2018, by Petitioner-
Appellant Edelmira Salayes Araiza, the papers in support, and the
record, it appears that (1) the appeal has not been docketed;
(2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP)
Rule 42(b), the parties stipulate to dismiss the appeal and bear
their own attorneys' fees and costs; (3) the stipulation is dated
and signed by counsel for all parties appearing in the appeal;
and (4) because the appeal has not been docketed, dismissal is
authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i,  February 28, 2018.


Presiding Judge


Associate Judge


Associate Judge